**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:   10-cv-00045-REB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   December 14, 2010** | **Courtroom Deputy:**   Linda Kahoe |

| | |
|---|---|
| NUCLEAR CARDIOLOGY SYSTEMS, INC., | Kristi Anhthu Walton |
| Plaintiff, | |
| v. | |
| VIVEK MANGLA, | John William Tinder, II |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:       8:27 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Joint Motion to Stay Proceedings and to Vacate the Final Pretrial Conference, doc #[55], filed 12/6/2010.

Off record discussion regarding settlement.

Counsel make an oral motion to withdraw the Joint Motion to Stay, doc #[55].

**ORDERED:**   The oral Motion to Withdraw the Joint Motion to Stay Proceedings and to Vacate the Final Pretrial Conference is **GRANTED**.  The Joint Motion to Stay Proceedings and to Vacate the Final Pretrial Conference, doc #[55], is **WITHDRAWN**.  Counsel shall file a new Motion to Administratively Close the Case and to Reopen Upon a Showing of Good Cause.  Once the case is reopened, the parties will file a Stipulated Motion to Dismiss.

HEARING CONCLUDED.

**Court in recess:           8:34 a.m.**
Total time in court:     00:07

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.