**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00045-REB-CBS

NUCLEAR CARDIOLOGY SYSTEMS, INC., a Colorado corporation,

    Plaintiff,

v.

VIVEK MANGLA, M.D., an individual,

    Defendant.

**ORDER OF ADMINISTRATIVE CLOSURE**

**Blackburn, J.**

The matter before me is the **Joint Motion To Vacate January 24, 2011 Trial Date and To Administratively Close The Case** [#59] filed December 14, 2010.  After reviewing the motion and the file, I conclude that the motion should be granted, that the Trial Preparation Conference and the jury trial should be vacated, and that this action should be closed administratively.  Any party may seek to re-open this case on a showing of good cause.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Motion To Vacate January 24, 2011 Trial Date and To Administratively Close The Case** [#59] filed December 14, 2010,  is **GRANTED**;

    2. That the Trial Preparation Conference set for January 7, 2011, is **VACATED**;

    3. That the jury trial set to commence January 24, 2011, is **VACATED**;

    4. That this action is **CLOSED ADMINISTRATIVELY**; and

     5.  That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

     Dated December 15, 2010, at Denver, Colorado.

                                              **BY THE COURT:**

                                               */s/ Robert E. Blackburn*
                                               Robert E. Blackburn
                                               United States District Judge