**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 10-cv-00045-REB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  August 11, 2011** | **Courtroom Deputy:**  Linda Kahoe |

NUCLEAR CARDIOLOGY SYSTEMS, INC.,            Kristi Anhthu Walton

    Plaintiff,

    v.

VIVEK MANGLA,            John William Tinder, II

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  MOTION HEARING**
**Court in session:       1:29 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Plaintiff's Motion for Enforcement of Settlement and Release Agreement and Entry of Confession of Judgment, doc #[61], filed 7/14/2011.

*For the reasons as stated on the record, it is:*

**ORDERED:**  Plaintiff's Motion for Enforcement of Settlement and Release Agreement and Entry of Confession of Judgment, doc #[61] is **GRANTED IN PART AND DENIED IN PART**.  The Motion is granted to the extent that it seeks Enforcement of Settlement and Release Agreement.  Based upon the terms and conditions of the Settlement and Release Agreement that both parties signed and adopted, the court finds that Dr. Mangla failed to make timely payments in April, May and June, and he is therefore in default.  Plaintiff is **REQUIRED** to submit a Proposed Confession of Judgment.

    The court will not consider fees and costs at this point.  **WITHIN 30 DAYS** of executing on the Judgment, Plaintiff shall file an appropriate Bill of Costs.

HEARING CONCLUDED.
**Court in recess**:         **1:56 p.m.**
Total time in court:      00:27

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.